IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANK JOSEPH WRIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 23-0383-MU |
| LELAND DUDEK, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this the **26th** day of **March, 2025**.

                                                    s/P. BRADLEY MURRAY
                                                    **UNITED STATES MAGISTRATE JUDGE**